UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINIGTON
AT SEATTLE

| | |
|---|---|
| ROBERT YOUNG, individually, and as legal guardian of I.R.Y., a minor,<br><br>                             Plaintiffs,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA CORPORATION, INC., a California corporation; and MITSUBISHI MOTORS CORPORATION, a foreign corporation,<br><br>                             Defendants. | NO. 2:19-cv-02070-RSL<br><br>ORDER ON STIPULATED MOTION REGARDING CELLULAR PHOTOGRAPHS AND META DATA |

**ORDER**

THIS MATTER having come on regularly for hearing upon the stipulation of the parties, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the parties jointly stipulate that the meta data corresponding with each photograph is authentic and accurate as stated in the parties Stipulated Motion Regarding Cellular Photographs and Meta Data.

///

///

ORDER ON STIPULATED MOTION RE: META DATA - 1
(Case No. 2:19-cv-02070 RSL)

Christie Law Group, PLLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669

Dated this 20th day of July, 2021.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

Prepared and presented by:

By: __/s/ Micah R. LeBank__
Micah R. LeBank, WSBA #38047
John R. Connelly, Jr., WSBA #12183
Jackson R. Pahlke, WSBA #52812
CONNELLY LAW OFFICES
2301 North 30th Street
Tacoma, WA 98403
Email: jconnelly@connelly-law.com
Email: mlebank@connelly-law.com
Email: jpahlke@connelly-law.com

Attorneys for Plaintiff

By: __/s/ Megan M. Coluccio__
Robert L. Christie, WSBA #10895
Megan M. Coluccio, WSBA #44178
CHRISTIE LAW GROUP, PLLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: bob@christielawgroup.com
Email: megan@christielawgroup.com

Janet L. Hickson (*admitted pro hac vice*)
Laura M. Booth (*admitted pro hac vice*)
SHOOK HARDY & BACON, LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614
Email: jhickson@shb.com
Email: lbooth@shb.com


Claire M. Hillman (*admitted pro hac vice*)
SHOOK HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Email: chillman@shb.com

Attorneys for Defendants

ORDER ON STIPULATED MOTION RE: META DATA - 2
(Case No. 2:19-cv-02070 RSL)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669