UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINIGTON
AT SEATTLE

| | |
|---|---|
| ROBERT YOUNG, individually, and as legal guardian of I.R.Y., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA CORPORATION, INC., a California corporation; and MITSUBISHI MOTORS CORPORATION, a foreign corporation,<br><br>Defendants. | NO. 2:19-cv-02070-RSL<br><br>ORDER GRANTING MITSUBISHI MOTORS NORTH AMERICA, INC. AND MITSUBISHI MOTORS CORPORATION'S MOTION TO IMPLEAD |

This matter comes before the Court on defendants' "Motion to Implead." Dkt. # 49. The motion is unopposed. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants' motion is GRANTED. Defendants shall file their Complaint for Contribution within fourteen (14) days of entry of this Order.

Dated this 21st day of December, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO IMPLEAD -                    1
(Case No. 2:19-cv-02070 RSL)