UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT YOUNG, individually, and as legal guardian of I.R.Y., a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br><br>MITSUBISHI MOTORS NORTH AMERICA CORPORATION, INC., a California Corporation; and MITSUBISHI MOTORS CORPORATION, a foreign corporation,<br><br>　　　　　　Defendants.<br>_____<br><br>MITSUBISHI MOTORS NORTH AMERICA CORPORATION, INC., a California Corporation; and MITSUBISHI MOTORS CORPORATION, a foreign corporation,<br><br>　　　　　　Third-Party Plaintiffs,<br><br>　vs.<br><br>NATIONAL PARK SERVICE, a United States governmental agency,<br><br>　　　　　　Third-Party Defendant. | NO. 2:19-cv-02070-RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT |

ORDER GRANTING PLAINTIFFS' MOTION TO AMEND
COMPLAINT
(CAUSE NO. 2:19-cv-02070-RSL) - 1 of 2

1   THIS MATTER comes before the Court on "Plaintiffs' Motion to Amend Complaint."
2 Dkt. # 58. The motion is unopposed. Having reviewed the pleadings and the remainder of the
3 file, the motion is GRANTED. Plaintiffs shall file their Amended Complaint within ten (10)
4 days of entry of this Order.

6   Dated this 6th day of February, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge