UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT YOUNG, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MITSUBISHI MOTORS NORTH AMERICA CORPORATION, INC., *et al.*,<br><br>　　　　　　Defendants. | No. 2:19-cv-02070-RSL<br><br>ORDER OF DISMISSAL |

It having been reported to the Court on June 10, 2024, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

DATED this 13th day of June, 2024.

　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL – 1